# EXHIBIT A

C.P. 9/08

# TRIBUNALE DI PADOVA

La Sezione Fallimentare riunita in camera di consiglio nelle persone dei Signori Magistrati:

Dr. Manuela Farini        Presidente, rel.

Dr. Daniela Bruni         Giudice

Dr. Giovanni G. Amenduni  Giudice

- letto il ricorso depositato il giorno 11.3.2008, con il quale s.p.a. SIVEC in liquidazione (già s.p.a. S.I.R.Z. Strutture Industriali Razionali) ha chiesto di essere ammessa alla procedura di concordato preventivo con cessione di tutti i beni a norma dell'art. 160 r.d. n. 267/1942, come modificato dal D.Lvo n. 169/2007;
- ritenuta la regolarità formale della domanda, corredata dai documenti previsti dal citato art.160 L. Fall.;
- considerato che la sommaria valutazione dei beni offerti in cessione consente fondatamente di prevedere che le spese in prededuzione e i creditori privilegiati saranno soddisfatte per l'intero ed i creditori chirografari nella misura del 34%, come indicato a pagina 31 del ricorso,
- riconosciuta l'ammissibilità della proposta come sopra avanzata;
- visto il parere del Pubblico Ministero;
- visto l'art. 163 R.D. citato;
- ritenuto, con riferimento alle spese processuali, che l'importo delle stesse vada determinato in €. 450.000,00;

### dichiara

aperta la procedura di concordato preventivo di cui alla proposta avanzata dalla società istante;

### delega

alla procedura il giudice Dott. Manuela Farini;

Case: 11-80799   Doc #: 1-2   Filed: in USBC ED/OK on 06/02/11   Page 2 of 5

|2|

### nomina

commissario giudiziale il Dott. Gabriele Bordin;

### ordina

la convocazione dei creditori per la udienza del giorno 4.7.2008 h. 10; presso questo Tribunale (ufficio del giudice delegato), mandando al nominato commissario di effettuare le prescritte comunicazioni ai creditori entro il giorno 18.6.2008;

### determina

in €. 450.000,00 la somma che si presume necessaria per le spese dell'intera procedura;

### dispone

che il ricorrente provveda a depositare presso la cancelleria di questo Tribunale la somma di €. 225.000,00, pari al 50% dell'importo sopra indicato, entro quindici giorni dalla comunicazione del presente decreto.

Padova, li 17.4.2008.

Il Presidente

IL CANCELLIERE

## COURT OF PADUÁ

The Bankruptcy Section meeting in chambers, in the persons of the Magistrates:

Dr. Manuela Farini        President, rapporteur

Dr. Daniela Bruni         Judge

Dr. Giovanni G. Amenduni  Judge

- after reading the brief filed on 03/11/2008 by which s.p.a. SIVEC in liquidation (formerly s.p.a. S.I.R.Z. Strutture Industriali Razionali) requested to be admitted to the composition with creditors proceedings with assignment of all assets pursuant to article 160 of r.d. No. 267/1942, as amended by Legislative Decree No. 169/2007;
- considering the formal correctness of the petition, accompanied by the documents provided in said article 160 of the Bankruptcy Law;
- whereas the summary appraisal of the assets offered for assignment gives good grounds to consider that the pre-bankruptcy expenses and the secured creditors will be fully satisfied and the unsecured creditors in the proportion of 34%, as indicated on page 31 of the brief;
- recognizing the admissibility of the petition as indicated above;
- after obtaining the opinion of the Public Prosecutor;
- pursuant to article 163 of said R.D.;
- considering, concerning the court costs, that their amount is determined at €450,000.00;

**declares**

open the composition with creditors proceedings according to the proposal made by the petitioner company;

**delegates**

for the proceedings judge Dr. Manuela Farini;

**appoints**

judicial receiver Dr. Gabriele Bordin;

**orders**

to convene the creditors for the hearing on 07/04/2008 at 10:00 a.m.; at this Court (office of the Deputy Judge), instructing the appointed receiver to issue the necessary communications to the creditors by 06/18/2008;

**determines**

the amount presumed necessary for the expenses of the entire proceedings at €450,000.00;

**instructs**

the petitioner to deposit with the office of this Court the amount of €225,000.00, equal to 50% of the aforementioned amount, within fifteen days from the communication of this order.

Padua, 04/17/2008.

President
[signature]

COURT CLERK
[illegible stamp]
[initials]