# STATEMENT OF FOREIGN REPRESENTATIVE
## AS REQUIRED BY 11 U.S.C. § 1515

I, Dott. Gabriele Bordin (the "Petitioner"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and, if called upon, could completely testify to all matters set froth in this statement based upon my own personal knowledge except for those portions specified as being otherwise.

2. I have been duly appointed as the Judicial Receiver for Sivec Srl, as Successor in Liquidation to Sirz Srl (the "Company") pursuant to the Italian Bankruptcy Law (Law No. 80/2005). A true and correct copy of the orders from the court in Padua, Italy, admitting the Company to liquidation proceedings and appointing me as Judicial Receiver are attached to the Verified Petition as Exhibits A and B. By virtue of this appointment, I am authorized to appear in this Court as a foreign representative of the Company in the foreign proceeding that is the subject of this chapter 15 Petition.

3. The Company was incorporated in Italy as an Srl to conduct business in the Natural Gas Industry.

4. The foreign proceeding is a liquidation pursuant to (R.D. 16 marzo 1942 n. 267 - Law No. 80/2005 – D. Lgs. 12 settembre 2007, n.169), in Italy. That foreign proceeding is the only foreign proceeding with respect to the Company known to me.

5. I believe that the foreign proceeding is a "foreign main proceeding" as I have been advised that term is defined in Sections 101(23) and 1502(4) of the United States Bankruptcy Code, as, among other things, the registered office of the Company is located in Italy, which is presumed to be the center of main interests of the Company within the meaning of Section 1516(c) of the Bankruptcy Code.

6. If the Court determines that Italy is not the center of main interests of the Company and, therefore, that the case commenced by this chapter 15 Petition may not be treated as a foreign main proceeding, it is respectfully requested that the Court entertain the Petition as one seeking recognition of, and relief respecting, a foreign non-main proceeding, as defined in Section 1502(5) of the Bankruptcy Code, as the Company has an establishment, as defined by Section 1502(2) of the Bankruptcy Code, located in Italy.

IN WITNESS WHEREOF, I have executed this Statement under penalty of perjury under the laws of the United States of America this 01 day of June, 2011.

Dott. Gabriele Bordin
Judicial Receiver