UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: SIVEC Srl, as successor in Liquidation to Sirz Srl     Case No. 11-80799

## SUMMONS IN A CHAPTER 15 CASE SEEKING RECOGNITION OF A FOREIGN MAIN PROCEEDING OR IN THE ALTERNATIVE NONMAIN PROCEEDING

TO:    Zeeco, Inc.
       22151 East 91st Street
       Broken Arrow OK 74014

       A petition for recognition of a foreign main proceeding, or in the alternative a foreign nonmain proceeding, under Chapter 15 of the United States Bankruptcy Code was filed in this bankruptcy court on June 2, 2011, by a representative of the debtor named above. A copy of the petition is attached to this summons.

       YOU ARE SUMMONED and required to file a motion or answer to the petition for recognition with the clerk of the bankruptcy court within 21 days after the date of issuance of this summons.

Clerk of United States Bankruptcy Court
Eastern District of Oklahoma
111 W. 4th Street
Okmulgee OK 74447

At the same time, you must also serve a copy of the motion or answer upon the foreign representative's attorney.

Mary Quinn Cooper
Thomas E. Steichen
Eldridge Cooper Steichen & Leach, PLLC
P. O. Box 3566
Tulsa, OK 74101
(918) 388-5555

If you make a motion, your time to answer is governed by the Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF AN ORDER RECOGNIZING THE FOREIGN MAIN PROCEEDING.

                                   Therese Buthod, (Clerk)
Date: June 2, 2011        By: _____ (Deputy Clerk)

Pursuant to Fed. R. Bankr. P. 1010, service shall be made on the debtor, any entity against whom provisional relief is sought under section 1519 of the Bankruptcy Code, and on any other parties as the court may direct.

Fed. R. Bankr. P. 1011(b) provides that a motion or answer to the petition shall be filed within 21 days after service of the summons unless the court prescribes a different time.

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the petition for recognition was made on _____ (date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☐ Personal Service: By leaving the summons and petition with the party in interest to the petition or with an officer or agent of the party in interest at:

- ☐ Residence Service: By leaving the summons and petition with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the depository institution at:

- ☐ State Law: The summons and petition were served pursuant to the laws of the State of _____, as follows: [Describe briefly]

- ☐ Service in a Foreign Country: The summons and petition were served in a foreign country on an individual as provided by Fed. R. Civ. Proc 4(f), as incorporated by Fed. R. Bankr. P. 7004(a), or on a corporation as provided by Fed. R. Civ. P. 4(h), also incorporated by Fed. R. Bankr. P. 7004(a), as follows: [Describe briefly]

If service was made by personal service, by residence service, pursuant to state law, or in a foreign country, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury under the laws of the United States, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name : _____

    Business Address: _____

    _____

If service is made in a foreign country pursuant to Fed. R. Civ. P. 4(f)(2),(3), attach a receipt signed by the addressee or other evidence that the summons and petition were delivered to the addressee. Fed. R. Civ. P. 4(l)(2), as incorporated by Fed. R. Bankr. P. 7004(a).